ACCEPTED
01-15-00067-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 4:22:24 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00067-CV

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/10/2015 4:22:24 PM

CHRISTOPHER A. PRINE
Clerk

## RESIDENTIAL CREDIT SOLUTIONS, INC.,
*Appellant,*

V.

## MARTHA BURG,
*Appellee.*

Appealed from the 281st Judicial District Court
of Harris County, Texas
Trial Court Cause No. 2013-47157

## RESPONSE IN OPPOSITION TO
## APPELLEE'S MOTION FOR DAMAGES FOR FRIVOLOUS APPEAL

Nathan J. Milliron
State Bar No. 24030984
HUGHES WATTERS ASKANASE, L.L.P.
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
nmilliron@hwa.com (Email)

ATTORNEY FOR APPELLANT

Appellant, Residential Credit Solutions, Inc., files this Response in Opposition to Appellee's Motion for Damages for Frivolous Appeal.

Appellee seeks damages for a frivolous appeal based largely on the fact that Appellant did not file a Reply Brief on or before June 17, 2015. However, the rules do not require Appellant to file a Reply Brief.[1]

Appellee also alleges that Appellant delayed this appeal by failing to file a Notice of Appeal with the Court of Appeals, as required by TEX. R. APP. 25(e). Again, there is no such requirement (or rule). The Rules state that, "an appeal is perfected when a written notice of appeal is filed with the trial court clerk."[2] Service on the Court of Appeals is not required.[3] Appellant has no control over how long the District Clerk's office takes to send the Notice of Appeal on to the Court of Appeals.

This is an appeal from a summary judgment. Appellant believes that its Appellant's Brief adequately articulates the facts at issue in this case and is sufficient for the Court to review the trial court's judgment de novo. Appellant's choice to not file a Reply Brief should not be considered a tacit admission that Appellant's appeal is frivolous and Appellant is entitled to have its appeal determined on the merits.

---

[1] *See* TEX. R. APP. P. 38.3 ("The appellant may file a reply brief addressing any matter in the appellee's brief.) (emphasis added); *see also* TEX. R. APP. P. 38.6(c) ("A reply brief, if any, must be filed within 20 days after the date the appellee's brief was filed) (emphasis added).

[2] TEX. R. APP. P. 25.1(a).

Appellant asks this Court to deny Appellee's Motion for Damages for Frivolous Appeal and award Appellant such other and further relief, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

**HUGHES WATTERS ASKANASE, LLP**

By: _____
Nathan J. Milliron
State Bar No. 24030984
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
nmilliron@hwa.com (E-mail)

ATTORNEY FOR APPELLANT

---

[3] TEX. R. APP. P. 25.1(e) ("The notice of appeal must be served on all parties to the trial court's final judgment or, in an interlocutory appeal, on all parties to the trial court proceeding.")

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Response in Opposition to Appellee's Motion for Damages for Frivolous Appeal was served upon all parties and/or their attorneys of record, in accordance with the Texas Rules of Civil Procedure, on this the 10th day of July 2015, addressed as follows:

*Via Electronic Mail at moconnor@oconnorcraig.com*
Mr. Michael C. O'Connor
O'Connor, Craig, Gould, Evans & Rohr
2500 Tanglewilde, Suite 222
Houston, Texas 77063

Nathan J. Milliron